Members People v. Irvin Hey, who's the court? My name is Jordan Cohen. I represent the defendant-appellant Anita Irvin on behalf of the Office of the State Appellate Defender. Mrs. Irvin was convicted for battery, and I'll be arguing that the state did not prove its case beyond a reasonable doubt. At the time, Mrs. Irvin was 52 years old. She was a law-abiding citizen, gainfully employed as an accounting tech at SIU. She had no issues with the law or with her mental health at this point. Unfortunately for her, Mrs. Irvin picked the wrong day to go to the hospital. She ended up at the hospital, falsely labeled her as suicidal, and did not let her leave the hospital. That resulted in her being cornered by three men, a police officer and two security guards who tried to take her purse from her. Now she has a misdemeanor on her record because of this. So this case surrounds the altercation that took place at Memorial Hospital in Carbondale between Mrs. Irvin and the police officer, Mark Murray, and two security guards, Keown and Allen, in which the state alleges that Mrs. Irvin made physical contact of an insulting or provoking nature and that she bit Murray's hand near the base of his thumb. Now the issue in this case comes down to her intent, which the state did not prove at trial. And the intent can be inferred from the circumstances leading up to the conduct or from the conduct itself. Now the state characterized Mrs. Irvin as being aggressive all day leading up to this, which is inaccurate. And the state characterized her as being so mad, so frustrated by the situation, that she lashed out and she bit Mark Murray's hand. But really what happened with the contact between her and Murray was a result of what was happening around and to Mrs. Irvin at the time this happened, where there was a big commotion and her head gets shoved down leading up to the contact. Now we're going to have to dive into the facts to see where this influence of her intent could possibly have been inferred. But it is important to note that we're not retrying the case here today. We're viewing the evidence in the light most favorable to the state. And I'm not going to ask you to disbelieve anything that the victim himself, Mark Murray, testified about at trial. But it is necessary to evaluate intent by looking at the facts. So Mrs. Irvin, how did she get there? She had numerous health issues. She had a leg infection. She had neck issues. She had a recent neck surgery and she had spinal stenosis. And her doctor called her saying she should come in to get some tests done on her leg, get an MRI taken. So she voluntarily went to the hospital. And again, the hospital was never going to say that she was suicidal. She went into the hospital on her own to get treatment for her leg. So she gets to the hospital. She has a long day where she's waiting and waiting. She's eventually seen by a doctor. And four and a half hours pass. And finally a nurse tells her that she's good to go. So she's told she's good to go. First she goes to the front desk. She wants to make sure that her paperwork and her insurance is all covered, that everything's good. And again, she's not trying to escape. She's not trying to flee. She's doing what any ordinary person would do. She's trying to just make sure everything's good and then leave. So the front desk person tells her that she's good to go. She walks out to her car. She gets to her car and opens the car door. And then all of a sudden a nurse and a security guard, Albert Keown, come running out and yelling, saying she can't leave and that she has to go back inside because they think that she's suicidal. You know, there's no testimony, there's no evidence given at all where it came from, that she's suicidal. But they think that she's suicidal. So she's confused. She's not happy with this. She doesn't understand why it's happening. And her leg is still in pain. She wants to go home. But she does cooperate, and she does walk back on her own, back into the hospital, where they put her in a different room she was in before, which is more confusing for her because she doesn't understand what's happening. And then they say that she has to give her purse up and that she has to change into a hospital gown. And this is where Ms. Ervin draws the line, and she says she's not doing that. She's never had to do those things all the time she's been to the hospital before. She doesn't get why she's still there. She wants to go home. So she says she's not going to do that. Now the police officer, Mark Murray, shows up because he was called. And when he comes, he sees Ms. Ervin that she's sitting in a chair and that she's not trying to escape or she's not trying to flee. She's not screaming. She's not kicking. She's not being aggressive at all. She's just sitting in a chair. And then the officer and the two security guards are in the room, and they decide that they're just going to take the purse themselves because she's not going to give it to them. So they reach for her purse, and Ms. Ervin, she doesn't swat their hands away. She doesn't flail around. But what she does is she hides the purse below her, so that she gets up and just puts her purse on her chair and sits on it because she just doesn't want them to take her purse. So this is the period of time the circumstances leading up to the conduct. And in this period of time, Ms. Ervin did not show any physical aggressiveness. She was absolutely not happy with the situation, and I would argue rightfully so. She was there four and a half hours. She doesn't know why she had to stay. But she did cooperate, and she walked back in. But she just didn't want to give her purse up. And even when they reached at her, she didn't retaliate. She just hid the purse. So there's no inference here that she's about to attack anyone. So now the conduct itself. When she sits on her purse, she doesn't realize that the strap is hanging out. And so Officer Murray grabs the strap of the purse, and they start tugging back and forth and wrestling over the strap. And at the same time, they get a handcuff around her other arm, and the two security guards are restraining her. And so her body is being manipulated.